IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SAMUEL SMITH,

    Plaintiff,

  v.

GMAC/AFFILIATES AND SUBSIDIARIES,

    Defendant.

02:09-cv-00648-GEB-JFM

<u>ORDER</u>

       Plaintiff's Application for a Temporary Restraining Order filed on March 9, 2009, is denied.

       IT IS SO ORDERED.

Dated: March 9, 2009

GARLAND E. BURRELL, JR.
United States District Judge