IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SAMUEL SMITH,

    Plaintiff,

  vs.                        No. CIV S- 09-0648 GEB GGH PS

GMAC MORTGAGE, LLC,[1]

    Defendant.          <u>ORDER</u>

_____/

        Plaintiff, proceeding in this pro se, has requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. This proceeding was referred to this court by Local Rule 72-302(21), pursuant to 28 U.S.C. § 636(b)(1).

        Plaintiff has submitted an affidavit making the showing required by 28 U.S.C. § 1915(a)(1). Accordingly, the request to proceed in forma pauperis will be granted.

\\\\\\

\\\\\\

\\\\\\

\\\\\\

---

[1] Defendant states in its motion to strike that although named as "GMAC/Affiliates and Subsidires," in the complaint, its correct name is GMAC Mortgage, LLC.

1

1       Good cause appearing, IT IS ORDERED that plaintiff's request for leave to
2 proceed in forma pauperis is granted.
3 DATED: June 22, 2009                                   /s/ Gregory G. Hollows

                                        GREGORY G. HOLLOWS,
                                        UNITED STATES MAGISTRATE JUDGE

GGH:076/Smith648.ifp.wpd