IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SAMUEL SMITH,

        Plaintiff,                    No. CIV S-09-0648 GEB GGH PS

    vs.

GMAC, et al.,

        Defendants.             <u>ORDER TO SHOW CAUSE</u>

                        /

        On July 31, 2009, this court directed plaintiff to file an amended complaint. Plaintiff has now filed two amended complaints. In one of them, (dkt. #44), plaintiff states that he "had to file bankruptcy."

        Accordingly, IT IS ORDERED that within ten days of this order, plaintiff shall show cause in writing why this action should not be stayed pending conclusion of bankruptcy proceedings.

DATED: September 8, 2009

                                             /s/ Gregory G. Hollows

                                             UNITED STATES MAGISTRATE JUDGE

GGH:076/Smith0648.am.wpd

1